UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRANDON EUGENE HUNTER,

         Plaintiff,

    v.

JAMIE, et al.,

         Defendants.

No.  2:26-cv-0279 WBS CSK P

ORDER

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 27, 2026, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days.  Plaintiff filed objections to the findings and recommendations.  (ECF No. 11.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Pursuant to Eastern District Local Rule 303(f), a magistrate judge's orders shall be upheld

1

unless "clearly erroneous or contrary to law."  Id.  Upon review of the entire file, the Court finds that it does not appear that the Magistrate Judge's May 27, 2026 screening order was clearly erroneous or contrary to law.  Therefore, the order will be affirmed.

Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations (ECF No. 10) are adopted in full;

2.  Plaintiff's motion for injunctive relief (ECF No. 6 ) is denied without prejudice;

3.  Upon reconsideration, the May 27, 2026 screening order is affirmed; and

4.  Plaintiff shall file an amended complaint that complies with the May 27, 2026 screening order (ECF No. 8) within thirty days from the date of this order.

Dated:  June 16, 2026

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

/hunt0279.pi.rec.jo

2