UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON EUGENE HUNTER,<br>Plaintiff,<br>v.<br>JAMIE, et al.,<br>Defendants. | No. 2:26-cv-0279 WBS CSK P<br><br>ORDER |

Plaintiff is a county jail inmate. On October 1, 2026, plaintiff filed objections to this Court's September 8, 2026 order and asked the Court to stay this action until the district court ruled on findings and recommendations. (ECF No. 17.) However, there are no findings and recommendations pending in this matter at this time. As plaintiff was advised in the September 8, 2026 order, the district court adopted this Court's May 27, 2026 findings and recommendations in full. (ECF No. 12.) This Court vacated the subsequent findings and recommendations recommending that this action be dismissed for failure to prosecute because plaintiff's first amended complaint crossed in the mail with those findings and recommendations. (ECF No. 16.) Therefore, there is no basis to stay this action, and his request is denied without prejudice. Plaintiff is advised that the press of his other pending civil rights actions and his pro se status do not support a request to stay a pending civil rights action.

///

In an abundance of caution, plaintiff is granted a first extension of time to file a second amended complaint that complies with this Court's September 8, 2026 screening order. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's request (ECF No. 17) is denied without prejudice; and

2. Plaintiff is granted thirty days from the date of this order in which to file a second amended complaint that complies with the September 8, 2026 order (ECF No. 16). Plaintiff is cautioned that failure to timely file a second amended complaint will result in a recommendation that this action be dismissed.

Dated: November 10, 2026

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/hunt0279.36